**Penelope COBBINS, and Linn Cobbins, Respondents,**

v.

**ALLIED POOL AND SPAS, INC., and Goss Enterprises, Inc., Appellants.**

**No. WD 59163.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2001.

Michael S. Martin, Westwood, KS, for appellant.

G. Thomas Harris and George Lehnen III, Richmond, for respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, J. and JAMES M. SMART, JR., J.

### ORDER

PER CURIAM:

Allied Pools and Spas, Inc. and Goss Enterprises, Inc. appeal the trial court's judgment against them for improper and negligent installation of a swimming pool.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**Earl WILSON, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58941.**

Missouri Court of Appeals,
Western District.

Sept. 4, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W.. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, C.J., HOWARD and HARDWICK, J.J.

### ORDER

PER CURIAM.

Earl Wilson, Jr., appeals the denial of his Rule 29.15 postconviction-relief motion after an evidentiary hearing. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).